IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| SHERI ARMSTRONG, | : |
| Plaintiff, | : |
| | Case No. 3:07CV0216 |
| | : |
| vs. | District Judge Walter Herbert Rice |
| | : Magistrate Judge Sharon L. Ovington |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | : |
| | : |
| Defendant. | |
| | : |

**DECISION AND ENTRY ADOPTING REPORT AND RECOMMENDATIONS FILED ON JULY 21, 2008 (Doc. #8); REVERSING THE COMMISSIONER'S FINAL DECISION THAT PLAINTIFF WAS NOT UNDER A "DISABILITY" WITHIN THE MEANING OF THE SOCIAL SECURITY ACT; REMANDING THE CASE TO THE COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION FOR PAYMENT OF DISABILITY INSURANCE BENEFITS; AND TERMINATING THE CASE ON THE DOCKET OF THIS COURT**

The Court has conducted a _de novo_ review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #8), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

It is therefore **ORDERED** that:

1. The Report and Recommendations filed on July 21, 2008 (Doc. #8) is ADOPTED in full;

2. The Commissioner's non-disability finding is REVERSED;

3. This case is remanded to the Commissioner and the Administrative Law Judge under Sentence Four of 42 U.S.C. §405(g) for payment of Disability Insurance Benefits consistent with the Social Security Act; and

4. The case is terminated on the docket of this Court.

Walter Herbert Rice
United States District Judge